**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| KENNETH JEROME PACKNETT, | No. 17-17198 |
| Plaintiff-Appellant, | D.C. No. 4:15-cv-01229-YGR |
| v. | |
| FERNAND ALVAREZ; et al., | MEMORANDUM[*] |
| Defendants-Appellees. | |

Appeal from the United States District Court
for the Northern District of California
Yvonne Gonzalez Rogers, District Judge, Presiding

Submitted September 12, 2018[**]

Before: LEAVY, HAWKINS, and TALLMAN, Circuit Judges.

California state prisoner Kenneth Jerome Packnett appeals pro se from the

district court's summary judgment in his 42 U.S.C. § 1983 action alleging federal

and state law claims. We have jurisdiction under 28 U.S.C. § 1291. We review for

an abuse of discretion the denial of an extension of time to file an opposition. *See*

---

[*] This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

[**] The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

*Ahanchian v. Xenon Pictures, Inc.*, 624 F.3d 1253, 1258 (9th Cir. 2010). We affirm.

The district court did not abuse its discretion by denying Packnett's seventh motion to extend the time to file an opposition to defendants' motion for summary judgment because Packnett was warned that he would not be given any further extensions, had over ten months to file an opposition, and had extensive access to the prison law library during that period. *See* Fed. R. Civ. P. 6(b)(1) ("When an act may or must be done within a specified time, the court may, for good cause, extend the time . . . ."); *Ahanchian*, 624 F.3d at 1258-60 (discussing good cause requirement for extensions of time).

In his opening brief, Packnett fails to address the district court's grant of summary judgment for defendants. Therefore, Packnett has waived any challenge to the summary judgment. *See Smith v. Marsh*, 194 F.3d 1045, 1052 (9th Cir. 1999) (arguments not raised by party in opening brief are deemed waived).

**AFFIRMED.**